```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   SONAM WANGDU,                                             :
                                                             :
                                                             :
                             Petitioner,                     :
                  - against -                                :    ORDER TO SHOW CAUSE
                                                             :
                                                             :
   PAMELA BONDI, Attorney General of the                     :    26-cv-299 (BMC)
   United States of America; KRISTI NOEM,                    :
   Secretary of the Department of Homeland                   :
   Security; TODD LYONS, Acting Director,                    :
   United States Immigration and Customs                     :
   Enforcement; and ANTOINE FRAZIER,                         :
   Acting Warden, Metropolitan Detention                     :
   Center,                                                   :
                                                             :
                                                             :
                             Respondents.                    :
                                                             :
------------------------------------------------------------ X
```

Upon the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, dated January 18, 2026, it is hereby

       ORDERED as follows:

1. Respondents are enjoined from relocating petitioner from this district, except for his immediate removal, pending resolution of the petition;

2. Within 30 days from the date of this Order, the United States Attorney, as attorney for respondents, shall show cause before this Court by filing a return to the petition why a writ of habeas corpus should not be issued;

3. Petitioner, within 30 days of respondents filing their return, shall file a reply;

4. Electronic service of a copy of this Order to Show Cause shall be made by the Clerk of

the Court together with a copy of the petition, to the United States Attorney and to petitioner.

**SO ORDERED.**

                                                                                          *Brian M. Cogan*
                                                                              _____
                                                                                                   U.S.D.J.

Dated:  Brooklyn, New York
            January 20, 2026

2